```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMAL WILLIAMS,

        Plaintiff,

-against-                        17-CV-2351 (BCM)

AARON JOHNSON,              **ORDER**

        Defendant.

**BARBARA MOSES, United States Magistrate Judge.**

The Chief Judge having suspended in-person proceedings in the courthouses of this District "through" January 5, 2021, *see* Standing Order M-10-468 (CM) (Nov. 30. 2020), the final pretrial conference in this action, currently scheduled to take place on January 15, 2021, at 10:00 a.m., in the Daniel Patrick Moynihan United States Courthouse, will instead take place over videoconference via Skype for Business. The Court will email the videoconference information to the parties upon receipt of the parties Joint Pretrial Order and related materials. An audio line will be available to nonparties, including members of the public and/or the press, by dialing **(917) 933-2166** and entering the code **590077675**. This Order does not affect any other requirements of the Court's November 6, 2020 Trial Scheduling Order (Dkt. No. 59).

Dated: New York, New York
       December 1, 2020

                                          **SO ORDERED**.

                                          **BARBARA MOSES**
                                          **United States Magistrate Judge**