```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMAL WILLIAMS,

         Plaintiff,

-against-                       17-CV-2351 (BCM)

AARON JOHNSON,              **ORDER**

         Defendant.

**BARBARA MOSES, United States Magistrate Judge.**

      The conference currently scheduled for January 15, 2021 at 10:00 a.m. shall instead start at 11:00 a.m.

Dated:  New York, New York
          January 14, 2021          **SO ORDERED**.

                                                   **BARBARA MOSES**
                                                     **United States Magistrate Judge**